IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

_____

No. 26-882

_____

| | | |
|---|---|---|
| DAVID YAW TOTIMEH, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| vs. | ) | Petition for Review |
| | ) | of an Immigration Matter |
| BLANCHE, | ) | |
| | ) | |
| Respondent. | ) | |

_____

CERTIFIED ADMINISTRATIVE RECORD

A208-125-369

INDEX

RECORD FILE – REMOVAL PROCEEDINGS

DAVID YAW TOTIMEH

A208-125-369

Page

Decision of the Board of Immigration Appeals,
    March 11, 2026 ....................................................................................................1

Pre-BIA Decision Information.................................................................................11

Notice of Appeal to the Board of Immigration Appeals,
    January 6, 2020 .................................................................................................48

Notice of Entry of Appearance as Attorney or Representative,
    January 6, 2020 .................................................................................................53

Summary Order of the Immigration Judge,
    December 6, 2019 .............................................................................................55

Oral/Written Decision of the Immigration Judge,
    December 6, 2019 .............................................................................................57

Transcript of Hearing,
    June 18, 2015 ...................................................................................................72

Transcript of Hearing,
    June 25, 2015 ...................................................................................................75

Transcript of Hearing,
    July 14, 2015....................................................................................................79

Transcript of Hearing,
    July 24, 2015....................................................................................................83

Transcript of Hearing,
    July 31, 2015....................................................................................................93

Transcript of Hearing,
    November 15, 2016...........................................................................................99

Transcript of Hearing,
        July 18, 2017.................................................................................................105

Transcript of Hearing,
        December 6, 2019 ..........................................................................................110

Exhibit 8.............................................................................................................203

Exhibit 7.............................................................................................................226

Exhibit 6.............................................................................................................231

Exhibit 5.............................................................................................................264

Exhibit 4.............................................................................................................498

Exhibit 3.............................................................................................................520

Exhibit 2.............................................................................................................559

Pre-Immigration Judge Decision Information ....................................................571

Exhibit 1A..........................................................................................................610

Exhibit 1.............................................................................................................612



**U.S. Department of Justice**

Executive Office for Immigration Review

*Board of Immigration Appeals*
*Office of Chief Clerk*

5107 Leesburg Pike, Suite 2000
Falls Church, Virginia 22041

Re:  DAVID YAW TOTIMEH

A208-125-369

I, Cam Van Nguyen, declare as follows:

1.  I am employed as a Government Contractor by the Executive Office for the Immigration Review of the United States Department of Justice. I am authorized to certify the authenticity of copies of documents on file in the Office of the Immigration Judge, New York, New York.

2.  The attached documents and media are true, correct and complete copies of the documents included in the Record of Proceeding to date, maintained in the above office on this case.

3.  0 Media was found in record.

Pursuant to 28 USC 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed by: _____ on: 7/1/2026
(signature)                              (date)